IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROY JOE KAISER                                                                                          PLAINTIFF

   v.                              Civil No. 10-5135

NURSE MARSHA SMITH;
and DR. JOHN HUSKINS                                                                          DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed pursuant to the provisions of 42 U.S.C. § 1983. The Plaintiff proceeds *pro se* and *in forma pauperis*.

On December 7, 2010, this case was scheduled for an evidentiary hearing (Doc. 11) on June 14, 2011. The scheduling order required the Plaintiff to submit by May 14, 2011, an information sheet containing specified information including information about witnesses he wanted to call. As Plaintiff is proceeding *pro se* and *in forma pauperis*, all process is served by the Court.

Two letters reminding the parties of the due date for the responses to the scheduling orders were sent; the first was sent on April 15th and the second was sent on May 9th. On May 16, 2011, Defendants were given an extension of time to file (Doc. 15) their prehearing information sheet. Defendants filed their information sheet on May 20, 2011 (Doc. 16).

Plaintiff failed to respond to the scheduling order. For this reason, a member of my staff placed a telephone call to the Plaintiff at the Grimes Unit of the Arkansas Department of Correction. In response to inquiries about his response to the scheduling order, Plaintiff verbally asked that this case be dismissed. He said he no longer desired to move forward with the case.

-1-

It was explained to him that the hearing would be cancelled and a report and recommendation entered recommending dismissal of the case. I therefore recommend that this case be dismissed without prejudice.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 31st day of May 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE