IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROY JOE KAISER                                                              PLAINTIFF

      v.            Civil No. 10-5135

NURSE MARSHA SMITH;
and DR. JOHN HUSKINS                                                        DEFENDANTS

### O R D E R

Now on this 27th day of June, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #18), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE